**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kurt**<br>First Name<br><br>**Lane**<br>Middle Name<br><br>**Hinds**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | **Sharon**<br>First Name<br><br>**Lavern**<br>Middle Name<br><br>**Hinds**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __8__ __0__ __4__ __3__<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – __5__ __4__ __8__ __7__<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | |

Case number (if known) _____

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯

EIN ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯

EIN ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯

**5.** Where you live

**240 Harper Court**
Number    Street

_____

**Keller            TX       76248**
City            State    ZIP Code

**Tarrant**
County

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City            State    ZIP Code

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**                                   Case number (if known) _____

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived**  (You may request this option only if you are filing for Chapter 7.  By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

☑ Yes.

Debtor   **Premier Paving, LTD**                     Relationship to you **Company**

District   **Northern District of Texas - Fort Wor**   When **07/13/2022**   Case number, **22-41560-ELM**
MM / DD / YYYY   if known

Debtor   **Tristen Hinds**                     Relationship to you **Daughter**

District   **Northern District of Texas - Fort Wor**   When **08/31/2022**   Case number, **22-42017-MXM**
MM / DD / YYYY   if known

**11.   Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**                                         Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.   Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.   Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.   Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?


If immediate attention is needed, why is it needed?


Where is the property? _____
                        Number    Street

_____

_____
City                                State        ZIP Code

---

| | |
|---|---|
| Debtor 1 | **Kurt Lane Hinds** |
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | |
|---|---|
| Debtor 1 | **Kurt Lane Hinds** |
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

---

**Part 6:**  **Answer These Questions for Reporting Purposes**

---

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No.  Go to line 16b.
☐ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☑ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Kurt Lane Hinds**
Kurt Lane Hinds, Debtor 1

Executed on **09/29/2022**
     MM / DD / YYYY

X **/s/ Sharon Lavern Hinds**
Sharon Lavern Hinds, Debtor 2

Executed on **09/29/2022**
     MM / DD / YYYY

Debtor 1  **Kurt Lane Hinds**

Debtor 2  **Sharon Lavern Hinds**                                   Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Mark B. French** _____     Date **09/29/2022**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Mark B. French** _____
Printed name

**Mark B. French** _____
Firm Name

**The Law Office of Mark B. French** _____
Number        Street

**1901 Central Drive, Suite 704** _____

_____

**Bedford** _____ **TX**      **76021** _____
City                                        State        ZIP Code

Contact phone  **(817) 268-0505** _____   Email address **mark@markfrenchlaw.com** _____

**07440600** _____ **TX** _____
Bar number                                State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**240 Harper Court**
Street address, if available, or other description

_____

| **Keller** | **TX** | **76248** |
|---|---|---|
| City | State | ZIP Code |

**Tarrant**
County

**240 Harper Court, Keller, TX 76248
Lien in favor of Fifth Third Bank. Value
per TAD. Client thinks home is worth
more. Purchased in 2011**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $797,100.00 | $797,100.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**
_____

☑ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1.  Write that number here ........................................................** →

| $797,100.00 |
|---|

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**                                    Case number (if known) _____

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | | |
|---|---|---|---|
| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1.
Make:    **Jeep**
Model:    **Wrangler**
Year:    **2018**
Approximate mileage: _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$36,551.00**                **$36,551.00**

Other information:
**2018 Jeep Wrangler. No Lien. Value per Client.**

3.2.
Make:    **GMC**
Model:    **Sierra**
Year:    **2020**
Approximate mileage: _____

**Who has an interest in the property?**
Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$46,927.00**                **$46,927.00**

Other information:
**2020 GMC Sierra. Leased through Resource One Credit Union. Value per Client.**

3.3.
Make:    **GMC**
Model:    **Acadia**
Year:    **2020**
Approximate mileage: _____

**Who has an interest in the property?**
Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$44,410.00**                **$44,410.00**

Other information:
**2020 GMC Acadia. Leased through Prestige. Value per Client.**

3.4.
Make:    **Ford**
Model:    **Edge**
Year:    **2012**
Approximate mileage: _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$4,278.00**                **$4,278.00**

Other information:
**2012 Ford Edge. No Lien. Value per Client.**

Debtor 1  **Kurt Lane Hinds**

Debtor 2  **Sharon Lavern Hinds**                                    Case number (if known) _____

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **GMC** | Check one. | |
| Model: | **Yukon** | ☐ Debtor 1 only | |
| Year: | **2019** | ☑ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage: | **41,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $53,954.00  $53,954.00 |

Other information:

**2019 GMC Yukon (approx. mileage 41,000). Leased through American National Leasing. Daughter uses this Vehicle. Value per Client.**

☑ **Check if this is community property**
    (see instructions)

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Winnebago** | Check one. | |
| Model: | **Forza 36G** | ☑ Debtor 1 only | |
| Year: | **2018** | ☐ Debtor 2 only | **Current value of the entire property?** |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $173,350.00  $173,350.00 |

Other information:

**2018 Winnebago Motorhome. To be surrendered. Lien in favor of State Farm Bank. Value per Client.**

☑ **Check if this is community property**
    (see instructions)

**5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................... ➔  | **$359,470.00** |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....  **Household Goods & Furnishings**                                    $2,350.00

**7.  Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.....  **Television, Computer, and Guitars**                                    $1,200.00

**8.  Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**                   Case number (if known) _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe..... |_____| _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe..... | **Smith & Wesson 9mm Pistol & Stoeger 12 Gauge Shotgun** | **$300.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe..... | **Husband's Clothing ($50) and Wife's Clothing ($200)** | **$250.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe..... | **Wife's Jewelry** | **$1,500.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe..... | **2 Dogs** | **$2.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information............. |_____| _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**................................................................................➔ | **$5,602.00**

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes.................................................................................................................... Cash: ........................... | **$100.00**

| Debtor 1 | **Kurt Lane Hinds** | | |
|---|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | | Case number (if known) |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..........................    Institution name:

   17.1.   Checking account:   **Frost Checking account. Last 4 digits 3614**    $620.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................   Name of entity:     % of ownership:

| | | |
|---|---|---|
| **Premier Paving LTD - in Chapter 7, Bankruptcy Case No. 22-41560-ELM-7.** | **100%** | **$0.00** |
| **Premier Paving GP, INC. General Partner of Premier Paving** | **100%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................   Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.   Type of account:   Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..........................    Institution name or individual:

**23. Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes..........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds** _____   Case number (if known) _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
    information about them    [_____]    _____

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
    information about them    [_____]    _____

**Money or property owed to you?**

                                      **Current value of the portion you own?**
                                      Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
    about them, including whether    Federal: _____
    you already filed the returns    State: _____
    and the tax years......................    Local: _____

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information
    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
                compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information    [_____]    _____

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance
    company of each policy
    and list its value.................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm Term Life Policy for Sharon Hinds. Death Benefit: $50,000** | **Kurt Hinds** | **$0.00** |
| **United of Omaha Term Life Policy for Kurt Hinds. Death Benefit: $25,000** | **Sharon Hinds** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information    [_____]    _____

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........ [                              ]    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........ [                              ]    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information [                              ]    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................ ➔ [     **$720.00** ]

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

                                                                    **Current value of the portion you own?**
                                                                    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe.. [                              ]    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes.  Describe.. [                              ]    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe.. [                              ]    _____

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe.. [                              ]    _____

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds** _____    Case number (if known) _____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.....   Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe.... [_____]  _____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here**.................................................................... ➔ | $0.00 |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.

☐ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes.... [_____]  _____

**48. Crops--either growing or harvested**

☑ No

☐ Yes. Give specific
information................ [_____]  _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes.... [_____]  _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes.... [_____]  _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information................ [_____]  _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here**.................................................................... ➔ | $0.00 |

Debtor 1 **Kurt Lane Hinds**

Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here...............................** ➜ | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

**55. Part 1: Total real estate, line 2**.............................................................................................................. ➜ **$797,100.00**

**56. Part 2: Total vehicles, line 5**     $359,470.00

**57. Part 3: Total personal and household items, line 15**     $5,602.00

**58. Part 4: Total financial assets, line 36**     $720.00

**59. Part 5: Total business-related property, line 45**     $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**     $0.00

**61. Part 7: Total other property not listed, line 54** +     $0.00

**62. Total personal property.**    Add lines 56 through 61.................. | $365,792.00 | Copy personal property total ➜ +    $365,792.00

**63. Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................ | **$1,162,892.00** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Kurt**      **Lane**      **Hinds** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | **Sharon**      **Lavern**      **Hinds** | |
| (Spouse, if filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                  04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:      Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**240 Harper Court, Keller, TX 76248**<br>**Lien in favor of Fifth Third Bank. Value per**<br>**TAD. Client thinks home is worth more.**<br>**Purchased in 2011**<br>Line from *Schedule A/B:* ___1.1___ | **$797,100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas**<br>**Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2018 Jeep Wrangler. No Lien. Value per**<br>**Client.**<br>Line from *Schedule A/B:* ___3.1___ | **$36,551.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) _____ |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2012 Ford Edge. No Lien. Value per Client.**<br>Line from *Schedule A/B*: __**3.4**__ | **$4,278.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2019 GMC Yukon (approx. 41,000 miles) 2019 GMC Yukon (approx. mileage 41,000). Leased through American National Leasing. Daughter uses this Vehicle. Value per Client.**<br>Line from *Schedule A/B*: __**3.5**__ | **$53,954.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Household Goods & Furnishings**<br>Line from *Schedule A/B*: __**6**__ | **$2,350.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Television, Computer, and Guitars**<br>Line from *Schedule A/B*: __**7**__ | **$1,200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Smith & Wesson 9mm Pistol & Stoeger 12 Gauge Shotgun**<br>Line from *Schedule A/B*: __**10**__ | **$300.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Husband's Clothing ($50) and Wife's Clothing ($200)**<br>Line from *Schedule A/B*: __**11**__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Wife's Jewelry**<br>Line from *Schedule A/B*: __**12**__ | **$1,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**2 Dogs**<br>Line from *Schedule A/B*: __**13**__ | **$2.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

| Debtor 1 | **Kurt Lane Hinds** | | |
|---|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | | Case number (if known) |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**State Farm Term Life Policy for Sharon Hinds. Death Benefit: $50,000**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**United of Omaha Term Life Policy for Kurt Hinds. Death Benefit: $25,000**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Kurt**<br>First Name | **Lane**<br>Middle Name | **Hinds**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Sharon**<br>First Name | **Lavern**<br>Middle Name | **Hinds**<br>Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number<br>(if known) | | |

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| **2.1** | | | |
|---|---|---|---|
| **American National Leasing**<br>Creditor's name | Describe the property that secures the claim: | $41,502.00 | $53,954.00 | |
| **2732 Midwestern Parkway**<br>Number      Street | **2019 GMC Yukon** | | | |

**Wichita Falls      TX      76308**
City      State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Lease**

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| $41,502.00 |
|---|

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Emvlp Ii Llc/State Farm Bank**
Creditor's name
**Attn: Bankruptcy Dept**
Number   Street
**PO Box 2313**

_____

**Bloomington      IL    61702**
City            State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **08/2018**

Describe the property that secures the claim:

**2018 Winnebago Motorhome**

**$185,996.00**       **$173,350.00**       **$12,646.00**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Secured**

Last 4 digits of account number    0  0  0  1

---

**2.3**

**Fifth Third Bank**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**Maildrop RCS83E 1830 E Paris Ave S**

_____

**Grand Rapids     MI    49546**
City            State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **01/2018**

Describe the property that secures the claim:

**240 Harper Court**

**$343,236.00**       **$797,100.00**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number    0  6  0  8

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$529,232.00**

Debtor 1 **Kurt Lane Hinds**

Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**Prestige Community Cu**
Creditor's name
**15203 Knoll Trail**
Number    Street
**Suite 101**

_____

**Dallas          TX    75248**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **10/2020**

Describe the property that secures the claim:

**2020 GMC Acadia. Leased**

$42,948.00          $44,410.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Lease**

Last 4 digits of account number    **1  0  0  7**

**2.5**

**Resource One Credit Union**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 660077**

_____

**Dallas          TX    75266**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **04/2020**

Describe the property that secures the claim:

**2020 GMC Sierra. Leased**

$45,478.00          $46,927.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Lease**

Last 4 digits of account number    **0  1  4  3**

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$88,426.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

$659,160.00

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Ascentium Capital**
Name
**23970 Hwy 59 N**
Number        Street

**Kingwood**            **TX**    **77339**
City                    State    ZIP Code

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    ___ ___ ___ ___

**2**

**Ascentium Captial**
Name
**23970 Hwy 59 N**
Number        Street

**Kingwood**            **TX**    **77339**
City                    State    ZIP Code

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    ___ ___ ___ ___

**3**

**Austin B&R**
Name
**6300 Commerce Dr., Suite 150**
Number        Street

**Irving**            **TX**    **75063**
City                    State    ZIP Code

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    ___ ___ ___ ___

**4**

**Caterpillar Financial**
Name
**P.O. Box 730681**
Number        Street

**Dallas**            **TX**    **75373-0681**
City                    State    ZIP Code

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    ___ ___ ___ ___

**5**

**City Capital NY LLC**
Name
**c/o Registered Agents Inc.**
Number        Street
**90 State St., Suite 700, Office 40**

**Albany**            **NY**    **12207**
City                    State    ZIP Code

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    ___ ___ ___ ___

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**
_____

Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed -- Continuation Page** |
|---|---|

**6** | **Denton County**
Name
**PO Box 90223**
Number      Street

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   **5   T   A   R**

_____

**Denton**                    **TX**    **76202-5223**
City                          State    ZIP Code

**7** | **Northwest ISD**
Name
**c/o Laurie Spindler**
Number      Street
**Linebarger, Goggan, et al.**

**2777 N. Stemmons Freeway, Suite 1000**

**Dallas**                    **TX**    **75207**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

**8** | **Tarrant County**
Name
**c/o Laurie Spindler**
Number      Street
**Linebarger, Goggan, et al.**

**2777 N. Stemmons Freeway, Suite 1000**

**Dallas**                    **TX**    **75207**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

**9** | **Texas Workforce Commission**
Name
**Attn: Cashier**
Number      Street
**101 E 15th St**

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   **1   8   2   1**

**Austin**                    **TX**    **78778-0091**
City                          State    ZIP Code

**10** | **Wendy Burgess, Tax Assessor-Collector**
Name
**P.O. BOX 961018**
Number      Street

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

**FORT WORTH**                **TX**    **76161-0018**
City                          State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$2,308,164.64** | **$2,308,164.64** | **$0.00** |

**Internal Revenue Service**
Priority Creditor's Name
**Special Procedures - Insolvency**
Number       Street
**PO Box 7346**

_____

**Philadelphia**        **PA**     **19101**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2   5   3   3**
**When was the debt incurred?**    **Various**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Debtor 1 | **Kurt Lane Hinds** | | |
|---|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | | Case number (if known) |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**

**Ally Financial**
Nonpriority Creditor's Name
**P.O. Box 78234**
Number        Street

**Phoenix                    AZ      85062**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    7/23/21

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Agreement**

$11,508.83

---

**4.2**

**Ally Financial**
Nonpriority Creditor's Name
**P.O. Box 78234**
Number        Street

**Phoenix                    AZ      85062**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    7/23/21

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
.

$16,655.00

---

| Debtor 1 | **Kurt Lane Hinds** | | |
|---|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | | Case number (if known) |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.3**                                                                                              **$20,809.30**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 78234**
Number        Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        **7/23/21**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PHOENIX**              **AZ**    **85062**
City                    State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   .

**4.4**                                                                                              **$20,809.31**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 78234**
Number        Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        **7/23/21**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PHOENIX**              **AZ**    **85062**
City                    State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   .

**4.5**                                                                                              **$20,809.31**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 78234**
Number        Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        **7/23/21**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PHOENIX**              **AZ**    **85062**
City                    State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   .

| Debtor 1 | **Kurt Lane Hinds** |
|---|---|
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.6**      **$20,229.00**

**Amerifirst Home Improvement Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**11171 Mill Valley Rd**

**Omaha**　　　　　**NE**　　**68154**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number　**9**　**4**　**0**　**8**
When was the debt incurred?　**03/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.7**      **$21,640.00**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number     Street
**PO Box 981540**

**El Paso**　　　　　**TX**　　**79998**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number　**4**　**2**　**3**　**3**
When was the debt incurred?　**07/1995**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

**4.8**      **$1,564.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. Box 30285**

**Salt Lake City**　　　　**UT**　　**84130**
City　　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number　**7**　**8**　**4**　**2**
When was the debt incurred?　**11/2000**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$6,338.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. 15298**

_____

**Wilmington          DE     19850**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   9   8   3**
**When was the debt incurred?**    **09/2008**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Credit Card**

### 4.10

**$1,398.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. 15298**

_____

**Wilmington          DE     19850**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   1   9   1**
**When was the debt incurred?**    **10/2001**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Credit Card**

### 4.11

**$1,005.00**

**Citibank/The Home Depot**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number     Street
**PO Box 790034**

_____

**St Louis             MO     63179**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   2   2   5**
**When was the debt incurred?**    **10/2005**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Charge Account**

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) _____ |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.12

**Comenitybank/Jared**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 182125**

_____

**Columbus          OH      43218**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   4   3   7**

When was the debt incurred?   **12/2013**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Charge Account**

**$3,017.00**

### 4.13

**Internal Revenue Service**
Nonpriority Creditor's Name
**Special Procedures - Insolvency**
Number    Street
**PO Box 7346**

_____

**Philadelphia          PA      19101**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   5   3   3**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Taxes**

**$556,726.66**

### 4.14

**NTTA**
Nonpriority Creditor's Name
**PO Box 260928**
Number    Street

_____

**Plano          TX      75026-0928**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  ___  ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Tollway fees**

**$350.00**

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

### 4.15

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

$968.00

**Orlando                    FL        32896**
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **4    1    5    5**
**When was the debt incurred?**    **04/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Charge Account**

**Belk Card**

### 4.16

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

$8,758.00

**Orlando                    FL        32896**
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **2    6    2    6**
**When was the debt incurred?**    **12/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Charge Account**

**Havertys**

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  |  |  | **Total claim** |

| 4.17 |  |  | **$4,955.00** |

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number    Street
**PO Box 965064**

**Orlando          FL    32896**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4    8    9    2**
When was the debt incurred?    **03/2009**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Charge Account**

| 4.18 |  |  | **$2,057.00** |

**Synchrony Bank/hhgregg**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando          FL    32896**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Matress Firm**

Last 4 digits of account number    **7    0    7    9**
When was the debt incurred?    **01/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Charge Account**

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.19

**Us Dept Of Ed/glelsi**
Nonpriority Creditor's Name

**2401 International Lane**
Number        Street

_____

**Madison**          **WI**    **53704**
City                State    ZIP Code

**Who incurred the debt?**   Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$621.00**

**Last 4 digits of account number**   **9**  **5**  **7**  **7**

**When was the debt incurred?**   **08/2008**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Educational**

### 4.20

**Wells Fargo**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number        Street

**PO Box 10438**

_____

**Des Moines**          **IA**    **50306**
City                State    ZIP Code

**Who incurred the debt?**   Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Shaw**

**$10,128.00**

**Last 4 digits of account number**   **5**  **8**  **5**  **1**

**When was the debt incurred?**   **04/2020**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Charge Account**

| | |
|---|---|
| Debtor 1 | **Kurt Lane Hinds** |
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1817 Lacy, Ltd**
Name
**1755 Collins Blvd Suite 105**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Lease**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Richardson        TX    75080**
City                State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

**Abatix**
Name
**2400 Skyline Drive Suite 400**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Goods sold**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Mesquite        TX    75149**
City                State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

**Acme Company**
Name
**64 Beaver Street, Suite 344**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**New York        NY    10004**
City                State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

**Advanced Starter Services**
Name
**2711 Irving Blvd.**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Credit Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Dallas        TX    75207**
City                State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

**Airgas USA**
Name
**P.O. Box 734671**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Utilities**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Dallas        TX    75373-4671**
City                State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

| Debtor 1 | **Kurt Lane Hinds** |
|---|---|
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**American Express**
Name
**PO Box 650448**
Number          Street

**Dallas**                    **TX**      **75265-0448**
City                            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1    0    0    2**

---

**APB Enterprises**
Name
**Bird's Hydraulics**
Number          Street
**PO Box 460**

**Waxahachie**              **TX**      **75168**
City                            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Service**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**Arrow Bolt & Electric, Inc**
Name
**2206 W Euless Blvd**
Number          Street

**Euless**                    **TX**      **76040**
City                            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**Arrow-Magnolia International Inc**
Name
**2646 Rodney Lane**
Number          Street

**Dallas**                    **TX**      **75229**
City                            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**AT&T Mobility**
Name
**PO Box 650553**
Number          Street

**Dallas**                    **TX**      **75265**
City                            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Utilities**                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9    8    6    2**

---

**Austin Asphalt**
Name
**6330 Commerce Dr., Suite 150**
Number          Street

**Irving**                    **TX**      **75265**
City                            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Becket & Lee, LLP**
Name
**PO Box 3001**
Number       Street

_____

**Malvern**          **PA**   **19355-0701**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Benenati Law Firm, PC**
Name
**2816 Bedford Rd**
Number       Street

_____

**Bedford**          **TX**   **76021**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**unknown**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Bobcat of Dallas**
Name
**PO Box 844186**
Number       Street

_____

**Dallas**           **TX**   **75284-4186**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Trade Debt**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Can Capital**
Name
**Attn: Bankruptcy**
Number       Street
**2015 Vaughn Road NW**

**Suite 500**

**Kennesaw**         **GA**   **30144-7831**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**CAT Financial**
Name
**Caterpillar Financial Services Corp.**
Number       Street
**PO Box 730681**

_____

**Dallas**           **TX**   **75373-0681**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Lease**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _2_ _5_ _9_ _8_

---

**City Capital Funding, Inc**
Name
**Attn: Bankruptcy**
Number       Street
**402 Executive Drive**

_____

**Langhorne**        **PA**   **19047**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Closner Equipment**
Name
**PO Box 917**
Number    Street

**Schertz**          **TX**   **78154-0917**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Trade Debt**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Commercial Capital**
Name
**13910 W. 96th Ter**
Number    Street

**Lenexa**          **KS**   **66215-1228**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Commercial Capital**
Name
**13910 W. 96th Ter**
Number    Street

**Lenexa**          **KS**   **66215-1228**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Commercial Credit Group**
Name
**PO Box 6012**
Number    Street

**Charlotte**          **NC**   **28260-0121**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Comptroller of Public Accounts**
Name
**Revenue Accounting Div.**
Number    Street
**Bankruptcy Section**

**PO Box 13528**

**Austin**          **TX**   **78711**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Computer CPR**
Name
**401 N. Carroll Ave Ste. 109**
Number    Street

**Southlake**          **TX**   **76092**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Credit Account**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) _____ |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Conlan Tire Co LLC**
Name
**4601 Carey St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ — __ __ — __ __ — __ __

**Fort Worth**              **TX**   **76119**
City                        State   ZIP Code

---

**Corefirst Bank & Trust**
Name
**16201 W. 95th Street**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ — __ __ — __ __ — __ __

**Lenexa**                  **KS**   **66219**
City                        State   ZIP Code

---

**Corporation Service Co., as Representati**
Name
**PO Box 2576**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ — __ __ — __ __ — __ __

**Springfield**             **IL**   **62708**
City                        State   ZIP Code

---

**CT Corporation System, as Representative**
Name
**330 N. Brand Blvd., Suite 700**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ — __ __ — __ __ — __ __

**Glendale**                **CA**   **91203**
City                        State   ZIP Code

---

**De Lage Landen**
Name
**PO Box 41602**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ — __ __ — __ __ — __ __

**Philadelphia**            **PA**   **19101**
City                        State   ZIP Code

---

**De Lage Landen**
Name
**PO Box 41602**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ — __ __ — __ __ — __ __

**Philadelphia**            **PA**   **19101**
City                        State   ZIP Code

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**De Lage Landen**
Name
**PO Box 41602**
Number      Street

_____

**Philadelphia          PA      19101**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Diverse Capital**
Name
**c/o Regent & Associates**
Number      Street
**500 Lovett Blvd., Suite 225**

_____

**Houston              TX      77006**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Domain Listings**
Name
**PO Box 19607**
Number      Street
**Service**

_____

**Las Vegas            NV      89132-0607**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Ed Bell Construction**
Name
**1605 Harry Hines Blvd**
Number      Street

_____

**Dallas               TX      75220**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Euler Hermes, N.A. Insurance Co**
Name
**as Agent for STS**
Number      Street
**800 Red Brook Blvd., #400C**

_____

**Owings Mill           MD      21117**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**FC Marketplace, LLC**
Name
**747 Front St., Floor 4**
Number      Street

_____

**San Francisco         CA      94111**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) _____ |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**First National Bank**
Name
**1st National Bank**
Number     Street
**100 Federal St., 4th Floor**

**Pittsburgh          PA      15212**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   1   8   1   9

---

**First National Bank**
Name
**1st National Bank**
Number     Street
**100 Federal St., 4th Floor**

**Pittsburg          PA      15212**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   1   8   1   8

---

**Flash Funding**
Name
**1 West Financial**
Number     Street
**368 9th Ave, 6th Floor**

**New York          NY      10001**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Receivables**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Flash Funding Services, Inc.**
Name
**Douglas Bilotti**
Number     Street
**6 Holly Lane**

**Saint James          NY      11780**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Flash Funding Services, Inc.**
Name
**c/o The Corporation**
Number     Street
**77 Burton Ave.**

**Plainville          NY      11803**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Flash Funding Services, Inc.**
Name
**112 West 34th St., Suite 18063**
Number     Street

**New York          NY      10120**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Flash Funding Services, Inc.**
Name
**368 9th Ave., 5th Floor**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**New York**        **NY**    **10001**
City                State    ZIP Code

---

**Flash Funding, LLC**
Name
**Attn: Bankruptcy**
Number        Street
**10622 Hirsch Road**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Houston**        **TX**    **77016**
City                State    ZIP Code

---

**Flatiron Constructors, Inc.**
Name
**101 Thermon Drive**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**San Marcos**        **TX**    **78666**
City                State    ZIP Code

---

**Flatiron Constructors, Inc.**
Name
**Attn: Amy Davis**
Number        Street
**2350 Airport Freeway**

**Suite 455**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Bedford**        **TX**    **76022**
City                State    ZIP Code

---

**Flatiron Constructors, Inc.**
Name
**4029 S Capital of Texas Highway**
Number        Street
**Suite 21**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Austin**        **TX**    **78704**
City                State    ZIP Code

---

**Fluor Heavy Civil, LLC**
Name
**5001 Spring Valley Road**
Number        Street
**Suite 700 West**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Dallas**        **TX**    **75244**
City                State    ZIP Code

Debtor 1 **Kurt Lane Hinds**
Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Foley Carrier Services, LLC**
Name
**PO Box 8549**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Service**                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Carol Stream**        **IL**    **60197-8549**
City                              State    ZIP Code

---

**Forshey & Prostok LLP**
Name
**777 Main Street, Suite 1550**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Fort Worth**        **TX**    **76102**
City                              State    ZIP Code

---

**Fundbox Funding**
Name
**6900 Dallas Pkwy Suite 700**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Receivables Financing**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Plano**        **TX**    **75024**
City                              State    ZIP Code

---

**Funding Circle**
Name
**707 17th Street, Suite 2200**
Number      Street
**Denver, CO, USA 80202**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

City                              State    ZIP Code

---

**Funding Metrics, LLC**
Name
**d/b/a Lendini**
Number      Street
**3220 Tillman Dr., Suite 200**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Bensalem**        **PA**    **19020**
City                              State    ZIP Code

---

**Funding Metrics, LLC d/b/a Lendini**
Name
**c/o Harvard Business Services Inc.**
Number      Street
**16192 Coastal Hwy**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Lewes**        **DE**    **19958**
City                              State    ZIP Code

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Funding Metrics, LLC d/b/a Lendini**
Name
**Rich Lewis**
Number      Street
**3220 Tillman Dr., Suite 200**

**Bensalem**          **PA**     **19020**
City                      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Godfrey Propane Co.**
Name
**2947 W. Division St.**
Number      Street

**Arlington**          **TX**     **76012**
City                      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _6_ _0_ _2_ _3_

---

**HCSS**
Name
**13151 W. Airport Blvd**
Number      Street

**Sugarland**          **TX**     **77478**
City                      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**HealthCare2U Physicians Servcies**
Name
**6101 W Courtyard DR Building 5 #210**
Number      Street

**Austin**          **TX**     **78730**
City                      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Medical Bill**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Holt Cat**
Name
**PO Box 650345**
Number      Street

**Dallas**          **TX**     **75265-0345**
City                      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Hose Tech USA**
Name
**PO Box 92009**
Number      Street

**Southlake**          **TX**     **76092**
City                      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

| Debtor 1 | **Kurt Lane Hinds** |
|---|---|
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Insurance Information Exchange**
Name
**P.O. Box 27828**
Number      Street

**New York**          **NY**    **10087-7828**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

**Insurance**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**IOU Central, Inc.**
Name
**600 Townpark Lane, Sutie 140**
Number      Street

**Kennesaw**          **LA**    **30144**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

**Cash Loan**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**IPFS Corporation**
Name
**P.O. Box 730223**
Number      Street

**Dallas**          **TX**    **75373-0223**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

**Insurance Financing**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**K&S Insurance Agency**
Name
**P.O. Box 277**
Number      Street

**Rockwall**          **TX**    **75087**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

**Insurance**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Kelly Hinds**
Name
**240 Harper Ct.**
Number      Street

**Keller**          **TX**    **76248**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

**Promissory Note**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Knightsbridge Funding Incorporated**
Name
**Vincent Franzone**
Number      Street
**5548 Route 82**

**Clinton Corners**          **NY**    **12514**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**                                  Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Knightsbridge Funding Incorporated**
Name
**c/o United States Corporation Agents, In**
Number        Street
**4014 13th Ave., Suite 202**

_____

**Brooklyn**              **NY**    **11230**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Knightsbridge Funding LLC**
Name
**1706 Ave. M**
Number        Street

_____

**Brooklyn**              **NY**    **11230**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Kyocera Document Solutions Southwest, LL**
Name
**PO Box 676181**
Number        Street

_____

**Dallas**               **TX**    **75267-6181**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Service**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Law office of Tiffany L. Hamil**
Name
**6220 Campbell Rd, Ste 203**
Number        Street

_____

**Dallas**               **TX**    **75248**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Legal services**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Liberty National**
Name
**Attn: Worksite Billing Department**
Number        Street
**PO Box 248889-73124**

_____

**Oklahoma City**        **OK**    **73124-8889**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Insurance**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Lifetime Funding LLC**
Name
**c/o The LLC**
Number        Street
**63-25 Saunders St., Apt. 3E**

_____

**Rego Park**            **NY**    **11374**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1 **Kurt Lane Hinds**
Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Lifetime Funding LLC**
Name
**c/o Max Brown**
Number    Street
**585 Stewart Ave., Suite L90**

_____

**Garden City**          **NY**    **11530**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Liquidbee 1 LLC**
Name
**300 Southeast 2nd St., Suite 600**
Number    Street

_____

**Fort Lauderdale**      **FL**    **33301**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Liquidbee 1 LLC**
Name
**295 Madison Ave. FL 22**
Number    Street

_____

**New York**              **NY**    **10017**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Receivables Financing**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Lisa Bernardo**
Name
**109 Crystal Brooke**
Number    Street

_____

**Grapevine**            **TX**    **76051**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Mantis Funding LLC**
Name
**c/o Business Filings Incorporated**
Number    Street
**187 Wolf Rd., Suite 101**

_____

**Albany**                **NY**    **12205**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Loan**                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Mass Mutual**
Name
**Box 371368**
Number    Street

_____

**Pittsburgh**            **PA**    **15250-7368**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _9_ _0_ _0_ _9_

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Matthew Wegner**
Name
**Wegner Law, PLLC**
Number     Street
**9500 Ray White Road**

**#200**

**Fort Worth**          **TX**     **76244**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Michael Faust**
Name
**Mantis Funding LLC**
Number     Street
**64 Beaver St., Suite #344**

**New York**          **NY**     **10004**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**NDS Leasing**
Name
**PO Box 911608**
Number     Street

**Denver**          **CO**     **80291-1608**
City               State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Lease**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Office of the Attorney General**
Name
**Main Justice Building, Room 5111**
Number     Street
**10th & Constitution Avenue, N.W.**

**Washington**          **DC**     **20530**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Office of the Attorney General**
Name
**State of Texas Child Support Div.**
Number     Street
**PO Box 12048**

**Austin**          **TX**     **78711**
City               State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**OHL USA, Inc.**
Name
**4020 S. Industrial Drive**
Number     Street
**Suite 160**

**Austin**          **TX**     **78744**
City               State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**OHL USA, Inc.**
Name
**26-15 Ulmer Street**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**College Point**        **NY**    **11354**
City        State    ZIP Code

---

**Oldcastle Materials**
Name
**1320 Arrow Point Dr., Suite 200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Financing, Trade Debt**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Cedar Park**        **TX**    **78613**
City        State    ZIP Code

---

**Padfield & Stout**
Name
**420 Throckmorton Street**
Number        Street
**Suite 1210**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Fort Worth**        **TX**    **76102**
City        State    ZIP Code

---

**Paul G. Wersant**
Name
**3245 Peachtree Parkway**
Number        Street
**Suite D-245**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Suwanee**        **GA**    **30024**
City        State    ZIP Code

---

**Pegasus Link Constructors**
Name
**Attn: Robert Stevens**
Number        Street
**160 Continental Ave**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Dallas**        **TX**    **75207**
City        State    ZIP Code

---

**Pegasus Link Constructors**
Name
**12170 Abrams Road**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Dallas**        **TX**    **75243**
City        State    ZIP Code

---

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds**                                                        Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Pirtek Love Field**
Name
**2126 Irving Blvd**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**          **TX**   **75207**
City              State   ZIP Code

---

**Premier Truck Group**
Name
**PO Box 840827**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**          **TX**   **75284-0827**
City              State   ZIP Code

---

**Primacare Medical Centers-0011**
Name
**PO Box 843833**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Medical Bill**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Los Angeles**     **CA**   **90084-3833**
City              State   ZIP Code

---

**Principal Life Insurance Company**
Name
**PO Box 77202**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Utilities**                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _0_ _0_ _0_ _1_

**Minneapolis**     **MN**   **55480-7200**
City              State   ZIP Code

---

**Promomin**
Name
**5501 Feed Mill D Ste 600**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Service**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Fort Worth**      **TX**   **76244**
City              State   ZIP Code

---

**PSK, LLP**
Name
**3001 Medlin Dr Suite 100**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**unknown**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Arlington**       **TX**   **76015**
City              State   ZIP Code

---

Debtor 1  **Kurt Lane Hinds**
Debtor 2  **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**R.B. Everett & Company**
Name
**Attn: Rita Webb**
Number      Street
**8211 Red Bluff Rd.**

_____

**Pasadena**          **TX**    **77507**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Regent & Associates**
Name
**Anh Huynh Regent & Chris Savoy**
Number      Street
**500 Lovett Blvd., Suite 225**

_____

**Houston**          **TX**    **77006**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Ricochet Fuel Distributors, Inc.**
Name
**1201 Royal Parkway**
Number      Street

_____

**Euless**          **TX**    **76040**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Rooker Asphalt Company**
Name
**PO Box 551044**
Number      Street

_____

**Dallas**          **TX**    **75355**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**SEMA Construction, Inc.**
Name
**2331 Mustang Drive**
Number      Street
**Suite 300**

_____

**Grapevine**          **TX**    **76226**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Senergy Petroleum**
Name
**PO Box 208399**
Number      Street

_____

**Dallas**          **TX**    **75320-8399**
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **3  7  1  3**

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

---

**Shimshon E. Wexler**
Name
**2244 Henderson Mill Road**
Number      Street
**Suite 108**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Atlanta**          **GA**    **30345**
City                State    ZIP Code

---

**Southern Tire Mart**
Name
**Dept 143**
Number      Street
**PO Box 1000**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Memphis**          **TN**    **38148-0143**
City                State    ZIP Code

---

**Stephen D. McGiffert**
Name
**Law Offices of Payne & Jones Chartered**
Number      Street
**11000 King**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Overland Park**    **KS**    **66210**
City                State    ZIP Code

---

**Stephen McGiffert**
Name
**Law Offices of Payne & Jones Chartered**
Number      Street
**PO Box 25625**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Overland Park**    **KS**    **66225-5625**
City                State    ZIP Code

---

**STS Operating, Inc**
Name
**PO Box 74007453**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Goods and Services**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Chicago**          **IL**    **60674-7453**
City                State    ZIP Code

---

**Sun Coast Resources, Inc**
Name
**P.O. Box 735606**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Trade Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Dallas**           **TX**    **75373-5606**
City                State    ZIP Code

---

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**T Mobile**
Name
**PO Box 742596**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

**Utilities**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Cincinnati      OH    45274-2596**
City              State   ZIP Code

Last 4 digits of account number    **1   3   4   0**

---

**Texas Bit**
Name
**420 Decker Drive, Suite 200**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

**Subcontractor Trade**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Debt**

**Irving      TX    75062**
City          State   ZIP Code

Last 4 digits of account number    __ __ __ __

---

**Texas Bit**
Name
**420 Decker Dr., Suite 200**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

**Trade Debt**                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Irving      TX    75062**
City          State   ZIP Code

Last 4 digits of account number    **0   5   9   6**

---

**Texas Mutual Insurance Company**
Name
**Attn: Policy Accounting**
Number    Street
**PO Box 841843**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

**Insurance**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Dallas      TX    75284-1843**
City          State   ZIP Code

Last 4 digits of account number    **5   7   7   7**

---

**Texas Sterling Construction Co.**
Name
**20810 Fernbush Lane**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston      TX    77073**
City           State   ZIP Code

Last 4 digits of account number    __ __ __ __

---

**Texas Workforce Commission**
Name
**TEC Building - Bankruptcy**
Number    Street
**101 East 15th St.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin      TX    78778-0001**
City          State   ZIP Code

Last 4 digits of account number    __ __ __ __

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**TIAA Bank**
Name
**PO Box 911608**
Number        Street

**Denver**            **CO**    **80291-1608**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Credit Card**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Transtech Systems, Inc**
Name
**900 Albany Shaker Rd Suite 2**
Number        Street

**Latham**            **NY**    **12110**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Service**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Tristen Hinds**
Name
**8156 Black Ash Drive**
Number        Street

**Fort Worth**            **TX**    **76131-3517**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Truck Pro, LLC**
Name
**29787 Network Place**
Number        Street

**Chicago**            **IL**    **60673-1787**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Trade Debt**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**U.S. Small Business Administration**
Name
**1545 Hawkins Blvd., Suite 202**
Number        Street

**El Paso**            **TX**    **79925**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Secured Note**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Unifirst Holdings, Inc**
Name
**PO Box 7580**
Number        Street

**Haltom City**            **TX**    **76111**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Professional Services**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**United Rentals (North America), Inc.**
Name
**PO Box 840514**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Rentals**                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**                    **TX**   **75284-0514**
City                         State   ZIP Code

---

**United States Attorney**
Name
**1100 Commerce St., 3rd Floor**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**                    **TX**   **75242-1699**
City                         State   ZIP Code

---

**United States Trustee**
Name
**1100 Commerce St.**
Number     Street
**Room 976**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**                    **TX**   **75242**
City                         State   ZIP Code

---

**Upgrade, Inc.**
Name
**Attn: Bankruptcy**
Number     Street
**275 Battery Street 23rd Floor**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**San Francisco**             **CA**   **94111**
City                         State   ZIP Code

---

**Upstart Finance**
Name
**Attn: Bankruptcy**
Number     Street
**PO Box 1503**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**San Carlos**                **CA**   **94070**
City                         State   ZIP Code

---

**Valvoline Express Lube**
Name
**237 2325 South Goliad**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Acount**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Rockwall**                  **TX**   **75087**
City                         State   ZIP Code

---

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Vulcan Materials**
Name
**1200 Urban Center Drive**
Number      Street


**Birmingham          AL     35242**
City                 State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Promissory Note**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Waste Management, Inc**
Name
**Fort Worth Hauling**
Number      Street
**PO Box 660345**


**Dallas          TX     75266**
City            State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Utilities**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Waterlogic Americas LLC**
Name
**PO Box 677867**
Number      Street


**Dallas          TX     75267-7867**
City            State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Utilities**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**WebBank c/o CAN Capital, Inc.**
Name
**2015 Vaughn Rd NW**
Number      Street
**Building 500**


**Kennesaw          GA     30144**
City              State  ZIP Code

**Receivables Financing**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Receivables Financing**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**White Cap Construction Supply**
Name
**PO Box 4852**
Number      Street


**Orlando          FL     32802**
City            State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Credit Account**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Zachry Construction Corporation**
Name
**PO Box 33240**
Number      Street


**San Antonio          TX     78265**
City                State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

Debtor 1      **Kurt Lane Hinds**

Debtor 2      **Sharon Lavern Hinds**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|---------------------------------------------------------------------------------------|

**Zep Sales and Service**
Name
**PO Box 841508**
Number      Street

_____

_____

**Dallas**                    **TX**    **75284**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

**Credit Card**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.**
      **28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. _____ **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. _____ **$2,308,164.64** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. _____ **$0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + _____ **$0.00** |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. _____ **$2,308,164.64** |

|  |  |  | **Total claim** |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. _____ **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. _____ **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. _____ **$0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + _____ **$730,346.41** |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. _____ **$730,346.41** |

**Fill in this information to identify your case:**

| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **American National Leasing** | **Leased 2019 GMC Yukon** |
| | Name | **Contract to be ASSUMED** |
| | **2732 Midwestern Parkway** | |
| | Number Street | |
| | **Wichita Falls**       **TX**    **76308** | |
| | City      State    ZIP Code | |
| 2.2 | **Prestige Community Cu** | **Leased 2020 GMC Acadia** |
| | Name | **Contract to be ASSUMED** |
| | **15203 Knoll Trail** | |
| | Number Street | |
| | **Suite 101** | |
| | **Dallas**       **TX**    **75248** | |
| | City      State    ZIP Code | |
| 2.3 | **Resource One Credit Union** | **Leased 2020 GMC Sierra** |
| | Name | **Contract to be ASSUMED** |
| | **Attn: Bankruptcy** | |
| | Number Street | |
| | **PO Box 660077** | |
| | **Dallas**       **TX**    **75266** | |
| | City      State    ZIP Code | |

---

**Fill in this information to identify your case:**

| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **Sharon Lavern Hinds**
      Name of your spouse, former spouse, or legal equivalent
      **240 Harper Court**
      Number      Street

      | **Keller** | **TX** | **76248** |
      |---|---|---|
      | City | State | ZIP Code |

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Premier Paving, LTD** |
   |---|---|
   | | Name |
   | | **1817 Lacy Drive** |
   | | Number      Street |

   | **Fort Worth** | **TX** | **76177** |
   |---|---|---|
   | City | State | ZIP Code |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line   **2.1**
   ☐ Schedule G, line _____
   **Internal Revenue Service**

---

| Debtor 1 | **Kurt Lane Hinds** |
|---|---|
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Premier Paving, LTD** |
|---|---|
| | Name |
| | **1817 Lacy Drive** |
| | Number        Street |
| | **Fort Worth**        **TX**        **76177** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.13**
☐ Schedule G, line _____
**Internal Revenue Service**

| 3.3 | **Premier Paving, LTD** |
|---|---|
| | Name |
| | **1817 Lacy Drive** |
| | Number        Street |
| | **Fort Worth**        **TX**        **76177** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.37**
☐ Schedule G, line _____
**First National Bank**

| 3.4 | **Premier Paving, LTD** |
|---|---|
| | Name |
| | **1817 Lacy Drive** |
| | Number        Street |
| | **Fort Worth**        **TX**        **76177** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.36**
☐ Schedule G, line _____
**First National Bank**

| 3.5 | **Premier Paving, LTD** |
|---|---|
| | Name |
| | **1817 Lacy Drive** |
| | Number        Street |
| | **Fort Worth**        **TX**        **76177** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.21**
☐ Schedule G, line _____
**Commercial Credit Group**

| 3.6 | **Premier Paving, LTD** |
|---|---|
| | Name |
| | **1817 Lacy Drive** |
| | Number        Street |
| | **Fort Worth**        **TX**        **76177** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1**
☐ Schedule G, line _____
**Ally Financial**

| 3.7 | **Premier Paving, LTD** |
|---|---|
| | Name |
| | **1817 Lacy Drive** |
| | Number        Street |
| | **Fort Worth**        **TX**        **76177** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2**
☐ Schedule G, line _____
**Ally Financial**

| Debtor 1 | **Kurt Lane Hinds** |
|---|---|
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.8**

**Premier Paving, LTD**
Name

**1817 Lacy Drive**
Number    Street

**Fort Worth**    **TX**    **76177**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.3**
☐ Schedule G, line _____
**Ally Financial**

---

**3.9**

**Premier Paving, LTD**
Name

**1817 Lacy Drive**
Number    Street

**Fort Worth**    **TX**    **76177**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**Ally Financial**

---

**3.10**

**Premier Paving, LTD**
Name

**1817 Lacy Drive**
Number    Street

**Fort Worth**    **TX**    **76177**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5**
☐ Schedule G, line _____
**Ally Financial**

---

**3.11**

**Premier Paving, LTD**
Name

**1817 Lacy Drive**
Number    Street

**Fort Worth**    **TX**    **76177**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.20**
☐ Schedule G, line _____
**Commercial Capital**

---

**3.12**

**Premier Paving, LTD**
Name

**1817 Lacy Drive**
Number    Street

**Fort Worth**    **TX**    **76177**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.19**
☐ Schedule G, line _____
**Commercial Capital**

---

**3.13**

**Premier Paving, LTD**
Name

**1817 Lacy Drive**
Number    Street

**Fort Worth**    **TX**    **76177**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.30**
☐ Schedule G, line _____
**De Lage Landen**

---

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

| 3.14 | **Premier Paving, LTD** |
|---|---|
Name

**1817 Lacy Drive**
Number        Street

**Fort Worth**            **TX**        **76177**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **5.29**
- ☐ Schedule G, line _____

**De Lage Landen**

---

| 3.15 | **Premier Paving, LTD** |
|---|---|
Name

**1817 Lacy Drive**
Number        Street

**Fort Worth**            **TX**        **76177**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **5.28**
- ☐ Schedule G, line _____

**De Lage Landen**

---

| 3.16 | **Tristen Hinds** |
|---|---|
Name

**8156 Black Ash Drive**
Number        Street

**Fort Worth**            **TX**        **76131-3517**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **5.123**
- ☐ Schedule G, line _____

**Upgrade, Inc.**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ☑ Not employed | ☐ Employed ☑ Not employed |
| **Occupation** | **Unemployed** | **Unemployed** |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number  Street | Number  Street |
| | City        State  Zip Code | City        State  Zip Code |
| **How long employed there?** | **1 Month** | **1 Month** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1 **Kurt Lane Hinds**

Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .............................................................. → | 4. | $0.00 | $0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. **Unemployment compensation** | 8d. | $2,180.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $0.00 | $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $2,180.00 | $0.00 |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,180.00 | + | $0.00 | = | $2,180.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | | |
|---|---|---|---|
| Specify: _____ | 11. | + | $0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $2,180.00 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **Mr. & Mrs. Hinds are each looking for work.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.**<br>Include first mortgage payments and any rent for the ground or lot. | 4. | **$4,388.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$382.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$265.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$100.00** |

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**    Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. **$650.00** |
| | 6b.  Water, sewer, garbage collection | 6b. **$200.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. **$400.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. **$1,100.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$250.00** |
| 10. | **Personal care products and services** | 10. **$200.00** |
| 11. | **Medical and dental expenses** | 11. **$1,000.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. **$600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. **$800.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. **$78.00** |
| | 15b.  Health insurance | 15b. **$2,200.00** |
| | 15c.  Vehicle insurance | 15c. **$670.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1    **2019 GMC Yukon** | 17a. **$624.00** |
| | 17b.  Car payments for Vehicle 2    **2020 GMC Sierra** | 17b. **$815.00** |
| | 17c.  Other.  Specify: **2020 GMC Acadia** | 17c. **$695.00** |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**                                                Case number (if known) _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.**  Specify:  **Pool Service**                                    21.  +_____  **$285.00**

**22.  Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$15,902.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$15,902.00** |

**23.  Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$2,180.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – **$15,902.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($13,722.00)** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐  No.

☑  Yes.  Explain here:

**Mr. & Mrs. Hinds will adjust their budget based on available income.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.......................................................... **$797,100.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B............................................................. **$365,792.00**

    1c.  Copy line 63, Total of all property on Schedule A/B............................................................ **$1,162,892.00**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$659,160.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$2,308,164.64**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$730,346.41**

    **Your total liabilities** **$3,697,671.05**

### Part 3:   Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.................................................................... **$2,180.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J........................................................................ **$15,902.00**

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) _____ |

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

**7.    What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

**9.    Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

Total claim

**From Part 4 on** *Schedule E/F,* **copy the following:**

9a.    Domestic support obligations.  (Copy line 6a.)    _____

9b.    Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.    Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.    Student loans.  (Copy line 6f.)    _____

9e.    Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.    Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

9g.    **Total.**  Add lines 9a through 9f.    _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kurt Lane Hinds**
Kurt Lane Hinds, Debtor 1

Date **09/29/2022**
MM / DD / YYYY

X **/s/ Sharon Lavern Hinds**
Sharon Lavern Hinds, Debtor 2

Date **09/29/2022**
MM / DD / YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**
☑ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**
☑ No
☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☐ No
☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Kurt Lane Hinds** | |
|---|---|---|
| Debtor 2 | **Sharon Lavern Hinds** | Case number (if known) |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | ☑ Wages, commissions, bonuses, tips | **$86,475.00** | ☑ Wages, commissions, bonuses, tips | **$67,200.00** |
| | | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2021** )<br>YYYY | | ☑ Wages, commissions, bonuses, tips | **$125,000.00** | ☑ Wages, commissions, bonuses, tips | **$107,600.00** |
| | | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2020** )<br>YYYY | | ☑ Wages, commissions, bonuses, tips | **$132,500.00** | ☑ Wages, commissions, bonuses, tips | **$107,600.00** |
| | | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are filing a joint case and you have income that you received together, list it only under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Fifth Third Bank** | | $13,164.00 | $340,088.00 | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO Box 630412** | **6/2022** | | | ☐ Credit card |
| Number      Street | **7/2022** | | | ☐ Loan repayment |
| | **8/2022** | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| **Cincinnati**      **OH**   **45263-0412** | | | | |
| City      State    ZIP Code | | | | |

**7.   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No

☐ Yes.  List all payments to an insider.

| | |
|---|---|
| Debtor 1 | **Kurt Lane Hinds** |
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

<div style="background:black;color:white;font-weight:bold;padding:2px">Part 4:    Identify Legal Actions, Repossessions, and Foreclosures</div>

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **IOU Central, Inc. d/b/a IOU Financial, Inc. v. Premier Paving GP; Sharon Hinds** | **Debt** | **Superior Court of Cobb County State of Georgia** <br> Court Name | ☑ Pending |
| Case number **22-1-040-48-99** | | Number    Street | ☐ On appeal |
| | | | ☐ Concluded |
| | | **GA** <br> City            State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **FC Market Place, LLC v. Premier Paving, LTD., Premier Paving GP, Inc., and Sharon Hinds** | **Debt** | **In the District Court 352nd Judicial District** <br> Court Name | ☐ Pending |
| Case number **352-307754-19** | | Number    Street | ☐ On appeal |
| | | | ☑ Concluded |
| | | City            State    ZIP Code | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| | |
|---|---|
| Debtor 1 | **Kurt Lane Hinds** |
| Debtor 2 | **Sharon Lavern Hinds** |

Case number (if known) _____

## Part 5:    List Certain Gifts and Contributions

**13.  Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.  Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Keystone Church** | **Tithe - $200 a week** | | |
| Charity's Name | | **Weekly** | _____ |
| | | | |
| _____  _____ | | _____ | _____ |
| Number    Street | | | |
| | | | |
| **Keller** _____ **TX** ____ | | | |
| City          State     ZIP Code | | | |

## Part 6:    List Certain Losses

**15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

**16.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mark B. French** | **$10,000 + $338.00 Filing Fee + $50.00 Credit Counseling Fee + $100.00 Credit Report Fee + $50.00 Financial Management Course + $62.00 Misc Cost (postage, faxes, etc.)** | | |
| Person Who Was Paid | | | **$10,600.00** |
| **1901 Central Drive** | | | |
| Number    Street | | | |
| **Suite** | | | |
| | | _____ | _____ |
| **Bedford** _____ **TX** __ **76021** | | | |
| City          State     ZIP Code | | | |
| **mark@markfrenchlaw.com** | | | |
| Email or website address | | | |
| | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 5

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**                                    Case number (if known) _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Rolling Hills Country Club** <br> Person Who Received Transfer <br><br> **401 E Lamar Blvd** <br> Number      Street <br><br><br> **Arlington            TX      76011** <br> City                      State    ZIP Code <br><br> Person's relationship to you **None** | **Rolling Hills Country Club Membership** | **$35,000 - this money was used to pay Attorney fees and living expenses** | **8/2022** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

**Part 8:     List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Kurt Lane Hinds**

Debtor 2   **Sharon Lavern Hinds**                                    Case number (if known) _____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Smithfield Storage** | | **Personal items - Christmas Decorations** | ☐ No |
| Name of Storage Facility | Name | | ☑ Yes |
| **4270 Keller Hicks Road** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Fort Worth        TX   76244** | | | |
| City                State  ZIP Code | City              State  ZIP Code | | |

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

---

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Premier Paving LTD** | | **2017 Dodge Ram 2500 Truck** | |
| Owner's Name | | | |
| **1817 Lacy Drive** | **1817 Lacy Drive** | | |
| Number    Street | Number    Street | | |
| | | | |
| **Fort Worth     TX   76177** | **Fort Worth     TX   76177** | | |
| City           State  ZIP Code | City           State  ZIP Code | | |
| | Where is the property? | Describe the property | Value |
| **Premier Paving LTD** | | **2017 Dodge Ram 2500 Truck** | |
| Owner's Name | | | |
| **1817 Lacy Drive** | **1817 Lacy Drive** | | |
| Number    Street | Number    Street | | |
| | | | |
| **Fort Worth     TX   76177** | **Fort Worth     TX   76177** | | |
| City           State  ZIP Code | City           State  ZIP Code | | |
| | Where is the property? | Describe the property | Value |
| **Premier Paving LTD** | | **2017 Dodge Ram 3500 Truck** | |
| Owner's Name | | | |
| **1817 Lacy Drive** | **1817 Lacy Drive** | | |
| Number    Street | Number    Street | | |
| | | | |
| **Fort Worth     TX   76177** | **Fort Worth     TX   76177** | | |
| City           State  ZIP Code | City           State  ZIP Code | | |

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**                                            Case number (if known) _____

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Premier Paving LTD**
Owner's Name

**1817 Lacy Drive**                    **1817 Lacy Drive**              **2017 Dodge Ram 3500 Truck**
Number    Street                       Number    Street

_____

**Fort Worth**    **TX**   **76177**       **Fort Worth**    **TX**   **76177**
City           State   ZIP Code       City           State   ZIP Code

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Premier Paving LTD**
Owner's Name

**1817 Lacy Drive**                    **1817 Lacy Drive**              **2017 Dodge Ram 3500 Truck**
Number    Street                       Number    Street

**Fort Worth**    **TX**   **76177**       **Fort Worth**    **TX**   **76177**
City           State   ZIP Code       City           State   ZIP Code

---

**Part 10:    Give Details About Environmental Information**

---

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds**                                    Case number (if known) _____

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Premier Paving LTD**
Business Name

**1817 Lacy Drive**
Number    Street

_____

**Fort Worth**          **TX   76177**
City                State  ZIP Code

**Describe the nature of the business**
Paving Contractor currently in a
Chapter 7 Bankruptcy

**Name of accountant or bookkeeper**
Milbern Ray & Company, LLP

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN:  4  5 – 0  4  7  2  5  3  3

**Dates business existed**

From  August 2002   To  _____

**Road Works LTD**
Business Name

_____
Number    Street

_____

_____
City                State  ZIP Code

**Describe the nature of the business**
Road Construction Company - No
longer operating

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From  1999   To  2000

**Premier Paving GP, INC**
Business Name

_____
Number    Street

_____

_____
City                State  ZIP Code

**Describe the nature of the business**
General Partner of Premier Paving

**Name of accountant or bookkeeper**
Milbern Ray & Company, LLC

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From  August 2002   To  _____

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes.  Fill in the details below.

                                                              **Date issued**

**Biz2 Credit**                              _____
Name

**1 Penn Plaza**
Number    Street

**31st Floor**

**New York**           **NY   10119**
City                State  ZIP Code

Debtor 1    **Kurt Lane Hinds**
Debtor 2    **Sharon Lavern Hinds** _____    Case number (if known) _____

| | | | Date issued |
|---|---|---|---|
| **Capfront Funding** | | | _____ |
| Name | | | |
| **210 Old Country Road** | | | |
| Number    Street | | | |
| **Suite 101** | | | |
| | | | |
| **Garden City** | **NY** | **11501** | |
| City | State | ZIP Code | |

| | | | Date issued |
|---|---|---|---|
| **Empire Finance** | | | _____ |
| Name | | | |
| **6836 Dallas Parkway** | | | |
| Number    Street | | | |
| **Suite 202** | | | |
| | | | |
| **Plano** | **TX** | **75024** | |
| City | State | ZIP Code | |

| | | | Date issued |
|---|---|---|---|
| **First Class Business Group** | | | _____ |
| Name | | | |
| **100 Crossways Park Drive West** | | | |
| Number    Street | | | |
| **Suite 405** | | | |
| | | | |
| **Woodbury** | **NY** | **11797** | |
| City | State | ZIP Code | |

| | | | Date issued |
|---|---|---|---|
| **Fora Financial** | | | _____ |
| Name | | | |
| **1385 Broadway** | | | |
| Number    Street | | | |
| **Floor 15** | | | |
| | | | |
| **New York** | **NY** | **10018** | |
| City | State | ZIP Code | |

| | | | Date issued |
|---|---|---|---|
| **K&S Insurance** | | | _____ |
| Name | | | |
| **2255 Ridge Road** | | | |
| Number    Street | | | |
| **#333** | | | |
| | | | |
| **Rockwall** | **TX** | **75087** | |
| City | State | ZIP Code | |

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**                                              Case number (if known) _____

---

Date issued _____

**Lendio**
Name

**4100 Chapel Ridge Road**
Number    Street

**Suite 500**

**Lehi**          **UT**    **84043**
City              State    ZIP Code

---

Date issued _____

**National Business Capital**
Name

**80 Arkay Drive**
Number    Street

**Suite 215**

**Hauppage**      **NY**    **11788**
City              State    ZIP Code

---

Date issued _____

**Baldwin Cox Allen**
Name

**5930 Preston View Blvd**
Number    Street

**Suite 200**

**Dallas**        **TX**    **75240**
City              State    ZIP Code

---

Date issued _____

**Commerical Capital Company**
Name

**13910 West 96th Terrace**
Number    Street


**Lexana**        **KS**    **66215**
City              State    ZIP Code

---

Date issued _____

**UMB Bank**
Name

**2323 Ross Ave**
Number    Street

**Suite 100**

**Dallas**        **TX**    **75201**
City              State    ZIP Code

---

Debtor 1  **Kurt Lane Hinds**

Debtor 2  **Sharon Lavern Hinds**

Case number (if known) _____

**Qualifier.com**

Name

Date issued _____

Number     Street

City                      State     ZIP Code

**Settle My MCA**

Name

Date issued _____

Number     Street

City                      State     ZIP Code

**Shield Advisory Group**

Name

Date issued _____

**6220 South Orange Blossom Trail**

Number     Street

**Orlando                   FL       32809**

City                      State     ZIP Code

**Wolf Business Solutions**

Name

Date issued _____

**221 W Hallandale Beach Blvd**

Number     Street

**Hallandale Beach          FL       33009**

City                      State     ZIP Code

Debtor 1 **Kurt Lane Hinds**

Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Kurt Lane Hinds**

Kurt Lane Hinds, Debtor 1

Date **09/29/2022**

X **/s/ Sharon Lavern Hinds**

Sharon Lavern Hinds, Debtor 2

Date **09/29/2022**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No

☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Hold Secured Claims

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|---|
| Creditor's name: | **American National Leasing** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: | **2019 GMC Yukon** | | |
| Creditor's name: | **Emvlp Ii Llc/State Farm Bank** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **2018 Winnebago Motorhome** | | |
| Creditor's name: | **Fifth Third Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: | **240 Harper Court** | | |

Debtor 1    **Kurt Lane Hinds**

Debtor 2    **Sharon Lavern Hinds**

Case number (if known) _____

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name:    **Prestige Community Cu** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt:    **2020 GMC Acadia. Leased** | | |
| Creditor's name:    **Resource One Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt:    **2020 GMC Sierra. Leased** | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name:    **American National Leasing**<br>Description of leased property:    **Leased 2019 GMC Yukon** | ☐ No<br>☑ Yes |
| Lessor's name:    **Prestige Community Cu**<br>Description of leased property:    **Leased 2020 GMC Acadia** | ☐ No<br>☑ Yes |
| Lessor's name:    **Resource One Credit Union**<br>Description of leased property:    **Leased 2020 GMC Sierra** | ☐ No<br>☑ Yes |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Kurt Lane Hinds**

Kurt Lane Hinds, Debtor 1

Date    **09/29/2022**

MM / DD / YYYY

X **/s/ Sharon Lavern Hinds**

Sharon Lavern Hinds, Debtor 2

Date    **09/29/2022**

MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Kurt Lane Hinds**                                      CASE NO
**Sharon Lavern Hinds**

                                                                CHAPTER    **7**

# <u>DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)</u>

| | |
|---|---|
| **Amount paid:** | $10,000.00 |
| **Amount to be paid:** | $0.00 |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Debtor(s) Assets |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  9/29/2022                                           **/s/ Kurt Lane Hinds**
                                                          *Kurt Lane Hinds*


**/s/ Mark B. French**                                    **/s/ Sharon Lavern Hinds**
*Mark B. French*              Bar No.  **07440600**        *Sharon Lavern Hinds*
Mark B. French
The Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
Phone: (817) 268-0505 / Fax: (817) 268-0597

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Kurt Lane Hinds**                                    CASE NO
        **Sharon Lavern Hinds**
                                                              CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/29/2022                                  Signature  **/s/ Kurt Lane Hinds**
                                                            **Kurt Lane Hinds**

Date  9/29/2022                                  Signature  **/s/ Sharon Lavern Hinds**
                                                            **Sharon Lavern Hinds**

1817 Lacy, Ltd
1755 Collins Blvd Suite 105
Richardson, TX 75080


Abatix
2400 Skyline Drive Suite 400
Mesquite, TX 75149


Acme Company
64 Beaver Street, Suite 344
New York, NY 10004


Advanced Starter Services
2711 Irving Blvd.
Dallas, TX 75207


Airgas USA
P.O. Box 734671
Dallas, TX  75373-4671


Ally Financial
P.O. Box 78234
Phoenix, AZ  85062


Ally Financial
PO Box 78234
PHOENIX, AZ 85062


American Express
PO Box 650448
Dallas, TX 75265-0448


American National Leasing
2732 Midwestern Parkway
Wichita Falls, TX 76308

Amerifirst Home Improvement Finance
Attn: Bankruptcy
11171 Mill Valley Rd
Omaha, NE 68154


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


APB Enterprises
Bird's Hydraulics
PO Box 460
Waxahachie, TX 75168


Arrow Bolt & Electric, Inc
2206 W Euless Blvd
Euless, TX 76040


Arrow-Magnolia International Inc
2646 Rodney Lane
Dallas, TX 75229


Ascentium Capital
23970 Hwy 59 N
Kingwood, TX 77339


Ascentium Captial
23970 Hwy 59 N
Kingwood, TX 77339


AT&T Mobility
PO Box 650553
Dallas, TX 75265


Austin Asphalt
6330 Commerce Dr., Suite 150
Irving, TX 75265

Austin B&R
6300 Commerce Dr., Suite 150
Irving, TX 75063


Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355-0701


Benenati Law Firm, PC
2816 Bedford Rd
Bedford, TX 76021


Bobcat of Dallas
PO Box 844186
Dallas, TX 75284-4186


Can Capital
Attn: Bankruptcy
2015 Vaughn Road NW
Suite 500
Kennesaw, GA 30144-7831

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


CAT Financial
Caterpillar Financial Services Corp.
PO Box 730681
Dallas, TX 75373-0681


Caterpillar Financial
P.O. Box 730681
Dallas, TX 75373-0681


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

CHEX SYSTEMS INC
ATTN:  CONSUMER RELATIONS
7805 HUDSON ROAD  STE 100
WOODBURY  MN  55125


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179


City Capital Funding, Inc
Attn: Bankruptcy
402 Executive Drive
Langhorne, PA 19047


City Capital NY LLC
c/o Registered Agents Inc.
90 State St., Suite 700, Office 40
Albany, NY 12207


Closner Equipment
PO Box 917
Schertz, TX 78154-0917


Comenitybank/Jared
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Commercial Capital
13910 W. 96th Ter
Lenexa, KS  66215-1228


Commercial Credit Group
PO Box 6012
Charlotte, NC 28260-0121


Comptroller of Public Accounts
Revenue Accounting Div.
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Computer CPR
401 N. Carroll Ave Ste. 109
Southlake, TX 76092


Conlan Tire Co LLC
4601 Carey St
Fort Worth, TX 76119


Corefirst Bank & Trust
16201 W. 95th Street
Lenexa, KS 66219


Corporation Service Co., as Representati
PO Box 2576
Springfield, IL 62708


CT Corporation System, as Representative
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


De Lage Landen
PO Box 41602
Philadelphia, PA 19101


Denton County
PO Box 90223
Denton, TX 76202-5223


Diverse Capital
c/o Regent & Associates
500 Lovett Blvd., Suite 225
Houston, TX 77006


Domain Listings
PO Box 19607
Las Vegas, NV 89132-0607

Ed Bell Construction
1605 Harry Hines Blvd
Dallas, TX 75220


Emvlp Ii Llc/State Farm Bank
Attn: Bankruptcy Dept
PO Box 2313
Bloomington, IL 61702


Euler Hermes, N.A. Insurance Co
as Agent for STS
800 Red Brook Blvd., #400C
Owings Mill, MD 21117


FC Marketplace, LLC
747 Front St., Floor 4
San Francisco, CA 94111


Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546


First National Bank
1st National Bank
100 Federal St., 4th Floor
Pittsburg, PA 15212


First National Bank
1st National Bank
100 Federal St., 4th Floor
Pittsburgh, PA 15212


Flash Funding
1 West Financial
368 9th Ave, 6th Floor
New York, NY 10001


Flash Funding Services, Inc.
368 9th Ave., 5th Floor
New York, NY 10001

Flash Funding Services, Inc.
112 West 34th St., Suite 18063
New York, NY 10120


Flash Funding Services, Inc.
c/o The Corporation
77 Burton Ave.
Plainville, NY 11803


Flash Funding Services, Inc.
Douglas Bilotti
6 Holly Lane
Saint James, NY 11780


Flash Funding, LLC
Attn: Bankruptcy
10622 Hirsch Road
Houston, TX 77016


Flatiron Constructors, Inc.
4029 S Capital of Texas Highway
Suite 21
Austin, TX 78704


Flatiron Constructors, Inc.
Attn: Amy Davis
2350 Airport Freeway
Suite 455
Bedford, TX 76022


Flatiron Constructors, Inc.
101 Thermon Drive
San Marcos, TX 78666


Fluor Heavy Civil, LLC
5001 Spring Valley Road
Suite 700 West
Dallas, TX 75244


Foley Carrier Services, LLC
PO Box 8549
Carol Stream, IL 60197-8549

Forshey & Prostok LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102


Fundbox Funding
6900 Dallas Pkwy Suite 700
Plano, TX 75024


Funding Circle
707 17th Street, Suite 2200
Denver, CO, USA 80202


Funding Metrics, LLC
d/b/a Lendini
3220 Tillman Dr., Suite 200
Bensalem, PA 19020


Funding Metrics, LLC d/b/a Lendini
Rich Lewis
3220 Tillman Dr., Suite 200
Bensalem, PA 19020


Funding Metrics, LLC d/b/a Lendini
c/o Harvard Business Services Inc.
16192 Coastal Hwy
Lewes, DE 19958


Godfrey Propane Co.
2947 W. Division St.
Arlington, TX  76012


HCSS
13151 W. Airport Blvd
Sugarland, TX  77478


HealthCare2U Physicians Servcies
 6101 W Courtyard DR Building 5 #210
Austin, TX 78730

Holt Cat
PO Box 650345
Dallas, TX 75265-0345


Hose Tech USA
PO Box 92009
Southlake, TX 76092


Insurance Information Exchange
P.O. Box 27828
New York, NY  10087-7828


Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7346
PHILADELPHIA  PA  19101-7346


IOU Central, Inc.
600 Townpark Lane, Sutie 140
Kennesaw, LA 30144


IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223


K&S Insurance Agency
P.O. Box 277
Rockwall, TX  75087


Kelly Hinds
240 Harper Ct.
Keller, TX 76248

Knightsbridge Funding Incorporated
c/o United States Corporation Agents, In
4014 13th Ave., Suite 202
Brooklyn, NY 11230


Knightsbridge Funding Incorporated
Vincent Franzone
5548 Route 82
Clinton Corners, NY 12514


Knightsbridge Funding LLC
1706 Ave. M
Brooklyn, NY 11230


Kyocera Document Solutions Southwest, LL
PO Box 676181
Dallas, TX 75267-6181


Law office of Tiffany L. Hamil
6220 Campbell Rd, Ste 203
Dallas, TX  75248


Liberty National
Attn: Worksite Billing Department
PO Box 248889-73124
Oklahoma City, OK 73124-8889


Lifetime Funding LLC
c/o Max Brown
585 Stewart Ave., Suite L90
Garden City, NY 11530


Lifetime Funding LLC
c/o The LLC
63-25 Saunders St., Apt. 3E
Rego Park, NY 11374


LINEBARGER GOGGAN BLAIR SAMPSON ET AL
100 THROCKMORTON
SUITE 300
FORT WORTH  TX  76102-5113

LINEBARGER HEARD ET AL
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS  TX  75207


Liquidbee 1 LLC
295 Madison Ave. FL 22
New York, NY 10017


Liquidbee 1 LLC
300 Southeast 2nd St., Suite 600
Fort Lauderdale, FL 33301


Lisa Bernardo
109 Crystal Brooke
Grapevine, TX 76051


Mantis Funding LLC
c/o Business Filings Incorporated
187 Wolf Rd., Suite 101
Albany, NY 12205


Mass Mutual
Box 371368
Pittsburgh, PA 15250-7368


Matthew Wegner
Wegner Law, PLLC
9500 Ray White Road
#200
Fort Worth, TX 76244


Michael Faust
Mantis Funding LLC
64 Beaver St., Suite #344
New York, NY 10004


MS DONNA K. WEBB - AUSA
BURNETT PLAZA, SUITE 1700
801 CHERRY STREET, UNIT 4
FORT WORTH  TX  76102

NDS Leasing
PO Box 911608
Denver, CO 80291-1608


Northwest ISD
c/o Laurie Spindler
Linebarger, Goggan, et al.
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

NTTA
PO Box 260928
Plano, TX 75026-0928


Office of the Attorney General
State of Texas Child Support Div.
PO Box 12048
Austin, TX 78711


Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, D.C. 20530


OHL USA, Inc.
26-15 Ulmer Street
College Point, NY 11354


OHL USA, Inc.
4020 S. Industrial Drive
Suite 160
Austin, TX 78744


Oldcastle Materials
1320 Arrow Point Dr., Suite 200
Cedar Park, TX 78613


Padfield & Stout
420 Throckmorton Street
Suite 1210
Fort Worth, TX 76102

Paul G. Wersant
3245 Peachtree Parkway
Suite D-245
Suwanee, Georgia 30024


Pay Pal
2211 N. First St.
San Jose, CA 95131


Pegasus Link Constructors
12170 Abrams Road
Dallas, TX 75243


Pegasus Link Constructors
Attn: Robert Stevens
160 Continental Ave
Dallas, TX 75207


PERDUE BRANDON FIELDER LLC
500 E. BORDER STREET, STE. 640
SUITE 300
ARLINGTON  TX  76010-7457


Pirtek Love Field
2126 Irving Blvd
Dallas, TX 75207


Premier Truck Group
PO Box 840827
Dallas, TX 75284-0827


Prestige Community Cu
15203 Knoll Trail
Suite 101
Dallas, TX 75248


Primacare Medical Centers-0011
PO Box 843833
Los Angeles, CA 90084-3833

```
Principal Life Insurance Company
PO Box 77202
Minneapolis, MN 55480-7200



Promomin
5501 Feed Mill D Ste 600
Fort Worth, TX 76244



PSK, LLP
3001 Medlin Dr Suite 100
Arlington, TX 76015



R.B. Everett & Company
Attn: Rita Webb
8211 Red Bluff Rd.
Pasadena, TX 77507



Regent & Associates
Anh Huynh Regent & Chris Savoy
500 Lovett Blvd., Suite 225
Houston, TX 77006



Resource One Credit Union
Attn: Bankruptcy
PO Box 660077
Dallas, TX 75266



Ricochet Fuel Distributors, Inc.
1201 Royal Parkway
 Euless, TX 76040



Rooker Asphalt Company
PO Box 551044
Dallas, TX 75355



SEMA Construction, Inc.
2331 Mustang Drive
Suite 300
Grapevine, TX 76226
```

Senergy Petroleum
PO Box 208399
Dallas, TX 75320-8399

Shimshon E. Wexler
2244 Henderson Mill Road
Suite 108
Atlanta, GA 30345

Southern Tire Mart
Dept 143
PO Box 1000
Memphis, TN 38148-0143

Stephen D. McGiffert
Law Offices of Payne & Jones Chartered
11000 King
Overland Park, Kansas 66210

Stephen McGiffert
Law Offices of Payne & Jones Chartered
PO Box 25625
Overland Park, Kansas 66225-5625

STS Operating, Inc
PO Box 74007453
Chicago, IL 60674-7453

Sun Coast Resources, Inc
P.O. Box 735606
Dallas, TX 75373-5606

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
PO Box 965064
Orlando, FL 32896

Synchrony Bank/hhgregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Tarrant County
c/o Laurie Spindler
Linebarger, Goggan, et al.
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

TAX DIVISION
US DEPARTMENT OF JUSTICE
717 N HARWOOD
SUITE 400
DALLAS  TX  75201

Texas Bit
420 Decker Dr., Suite 200
Irving, TX 75062


Texas Bit
420 Decker Drive, Suite 200
Irving, TX 75062


Texas Mutual Insurance Company
 Attn: Policy Accounting
PO Box 841843
Dallas, TX 75284-1843


Texas Sterling Construction Co.
20810 Fernbush Lane
Houston, TX 77073


Texas Workforce Commission
Attn: Cashier
101 E 15th St
Austin, TX 78778-0091

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th St.
Austin, TX 78778-0001


TIAA Bank
PO Box 911608
Denver, CO 80291-1608


Transtech Systems, Inc
900 Albany Shaker Rd Suite 2
Latham, NY 12110


Tristen Hinds
8156 Black Ash Drive
Fort Worth, TX 76131-3517


Truck Pro, LLC
29787 Network Place
Chicago, IL 60673-1787


U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Unifirst Holdings, Inc
PO Box 7580
Haltom City, TX 76111


United Rentals (North America), Inc.
 PO Box 840514
Dallas, TX 75284-0514


United States Attorney
1100 Commerce St., 3rd Floor
Dallas, TX 75242-1699

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
ROOM 300
DALLAS  TX  75242

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
RM B103
950 PENNSYLVANIA AVE, NW
WASHINGTON  DC  20530-0001

United States Trustee
1100 Commerce St.
Room 976
Dallas, TX 75242

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX  75242-1011

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Valvoline Express Lube
237 2325 South Goliad
Rockwall, TX 75087

Vulcan Materials
1200 Urban Center Drive
Birmingham, AL 35242

Waste Management, Inc
Fort Worth Hauling
PO Box 660345
Dallas, TX 75266


Waterlogic Americas LLC
PO Box 677867
Dallas, TX 75267-7867


WebBank c/o CAN Capital, Inc.
2015 Vaughn Rd NW
Building 500
Kennesaw, GA 30144


Wells Fargo
Attn: Bankruptcy
PO Box 10438
Des Moines, IA 50306


Wendy Burgess, Tax Assessor-Collector
P.O. BOX 961018
FORT WORTH, TX 76161-0018


White Cap Construction Supply
PO Box 4852
Orlando, FL 32802


Zachry Construction Corporation
PO Box 33240
San Antonio, TX 78265


Zep Sales and Service
PO Box 841508
Dallas, TX 75284

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

---

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.  Go to line 3.

       ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No.  Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

---

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kurt** | **Lane** | **Hinds** | |
| | First Name | Middle Name | Last Name | |

☑ 1. There is no presumption of abuse.

| | | | | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **Lavern** | **Hinds** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

Case number
(if known) _____

☐ Check if this is an amended filing

**Official Form 122A-1**

## Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |
|---|---|

**1.  What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1 **Kurt Lane Hinds**
Debtor 2 **Sharon Lavern Hinds**

Case number (if known) _____

| | Column A | Column B |
|---|---|---|
| | Debtor 1 | Debtor 2 or non-filing spouse |

**5.  Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |
| Ordinary and necessary operating expenses | – _____ | – _____ |  |  |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here ➤ _____ | _____ |

**6.  Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |
| Ordinary and necessary operating expenses | – _____ | – _____ |  |  |
| Net monthly income from rental or other real property | _____ | _____ | Copy here ➤ _____ | _____ |

**7.  Interest, dividends, and royalties**                                              _____   _____

**8.  Unemployment compensation**                                              _____   _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you...............................................................................  _____

For your spouse.................................................................  _____

**9.  Pension or retirement income.**  Do not include any amount received that            _____   _____
was a benefit under the Social Security Act.  Also, except as stated in the
next sentence, do not include any compensation, pension, pay, annuity, or
allowance paid by the United States Government in connection with a
disability, combat-related injury or disability, or death of a member of the
uniformed services.  If you received any retired pay paid under chapter 61
of title 10, then include that pay only to extent that it does not exceed the
amount of retired pay to which you would otherwise be entitled if retired
under any provision of title 10 other than chapter 61 of that title.

**10.  Income from all other sources not listed above.**  Specify the source and
amount.  Do not include any benefits received under the Social Security Act;
payments received as a victim of a war crime, a crime against humanity, or
international or domestic terrorism; or compensation, pension, pay, annuity,
or allowance paid by the United States Government in connection with a
disability, combat-related injury or disability, or death of a member of the
uniformed services.  If necessary, list other sources on a separate page
and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.                    + _____   + _____

Debtor 1   **Kurt Lane Hinds**
Debtor 2   **Sharon Lavern Hinds**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

☐ + ☐ = ☐

**Total current
monthly income**

---

**Part 2:** **Determine Whether the Means Test Applies to You**

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➜ 12a. ☐

Multiply by 12 (the number of months in a year).   **X   12**

12b.  The result is your annual income for this part of the form.   12b. ☐

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   ☐

Fill in the number of people in your household.   ☐

Fill in the median family income for your state and size of household.............................................................. 13. ☐

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☐   Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.  Do NOT fill out or file Official Form 122A-2.

14b. ☐   Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:** **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Kurt Lane Hinds**
_____
Kurt Lane Hinds, Debtor 1

**X** **/s/ Sharon Lavern Hinds**
_____
Sharon Lavern Hinds, Debtor 2

Date  **9/29/2022**
_____
MM / DD / YYYY

Date  **9/29/2022**
_____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Calculation Details

In re: **Kurt Lane Hinds**
**Sharon Lavern Hinds**

Case Number:
Chapter:    **7**

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2021